IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOHNNY McCRAY, JR., | § § § | |
| *Petitioner,* | § § | Civil Action No. 2:13cv521 |
| v. | § § | |
| TOM McCOOL, | § § | |
| *Respondent.* | § § | |

## FINAL JUDGMENT

**CONSIDERING** the Report and Recommendation entered herein on April 22, 2014 (docket entry #7), and there being no objections filed thereto, for the reasons set forth therein, which are hereby adopted by the Court,

**IT IS ORDERED AND ADJUDGED** that this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and this action **DISMISSED WITHOUT PREJUDICE**. Any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this 30th day of June, 2014.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1